# Court of Appeals
# of the State of Georgia

ATLANTA,  April 27, 2018

*The Court of Appeals hereby passes the following order:*

## A18E0044. ROLLINS v. ROLLINS.

Upon consideration, Appellant's motion for an extension of time in which to file a discretionary application is GRANTED. Appellant shall have until May 7, 2018, in which to file the discretionary application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/27/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*